IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TIMOTHY HINRICHS,<br><br>          Defendant. | **4:23CR3005**<br><br>**ORDER** |

Defendant Timothy Hinrichs has moved to continue the trial (Filing No. 44) because counsel for Defendant is continuing to receive discovery in this matter, anticipates additional discovery, and needs additional time to review the same with the Defendant prior to trial to provide effective representation to the Defendant and continue in plea negotiations. The motion to continue is unopposed. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 44) is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 18, 2024, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) The time between today's date and March 18, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

2

Dated this 30th day of January, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge