IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TIMOTHY HINRICHS,<br><br>               Defendant. | 4:23CR3005<br><br>ORDER |

    Defendant Timothy Hinrichs has moved to continue the trial (Filing No. 46) because counsel for Defendant received additional discovery in this matter, needs additional time to review the same with the Defendant, and needs additional time to explore plea options based on the discovery recently received. The motion to continue is unopposed. Accordingly,

    IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 46) is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on April 15, 2024, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) The time between today's date and April 15, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 6th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2