# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY HINRICHS,<br><br>    Defendant. | 4:23CR3005<br><br>ORDER |

  Plaintiff has moved to continue the response deadline with regard to defendant's motion to suppress (Filing No. 107) and defendant's motion to dismiss (Filing No. 113). The motion to continue (Filing No. 122) is unopposed. The Court finds good cause has been shown and the motion should be granted. Accordingly,

  **IT IS ORDERED:**

1. Plaintiff's motion to continue, (Filing No. 122), is granted.

2. On or before January 17, 2025, the government shall file its brief in opposition to the defendant's motions. See NECrimR 12.3(c).

3. On or before January 24, 2025, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4. On or before January 31, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **February 7, 2025, at 9:00 a.m.** Counsel for the parties shall use the conferencing instructions at filing no. 84 to participate in the call.

Dated this 13th day of January, 2025.

              BY THE COURT:

              *s/ Jacqueline M. DeLuca*
              United States Magistrate Judge