# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3005 |
| vs. | |
| TIMOTHY HINRICHS, | **ORDER** |
| Defendant. | |

**This matter** is before the court on the defendant, Timothy Hinrichs' Motion to Continue Jury Trial. ([Filing No. 162](#)).  For the reasons stated in the motion, Defendant's counsel is now unavailable for trial.  The government has no objection to the continuance.  The court finds that good cause has been shown and will grant the continuance.

**IT IS ORDERED** that the Motion to Continue Trial ([Filing No. 162](#)) is granted, as follows:

1. The jury trial, now set for November 3, 2025, is continued to January 26, 2026**.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and** January 26, 2026, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would result in a miscarriage of justice and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161, (7)(A) & (B)(i) & (iv).

Dated this 31st day of October, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge