IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:23CR3005** |
| vs. | |
| TIMOTHY HINRICHS, | **ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |
| Defendant. | |

The defendant appeared before the Court on February 4, 2026 regarding Petition for Action on Conditions of Pretrial Release [177]. Jonathan Braaten represented the defendant. Daniel Packard represented the government. The defendant was advised of the alleged violations of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release conditions m, ff, i, and gg. The defendant requested a continuance of the dispositional hearing, which was granted. The defendant did not resist detention pending the dispositional hearing. A disposition and revocation and detention hearing is scheduled before District Judge Susan M. Bazis on Thursday, April 30, 2026 at 2:00 p.m. The defendant shall remain detained until further order of the court.

**IT IS SO ORDERED**.

Dated this 4th day of February, 2026

BY THE COURT:

s/ Susan M Bazis
United States District Judge